UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Clerk | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 20, 2025

Ms. Carla D. Aikens
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

Ms. Elizabeth A. Malloy
Cozen O'Connor
1650 Market Street
Suite 2800
Philadelphia, PA 19103

Ms. Rejanae M. Thurman
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

          Re: Case No. 24-2109, *Dorothy Bivens v. Zep, Inc.*
              Originating Case No. : 2:23-cv-11398

Dear Counsel,

   The court has granted the motion for an extension of time in which to file a Petition for Rehearing En Banc.

   Your petition is to be filed no later than the close of business on **September 22, 2025.**

   No further extensions will be granted.

                                        Sincerely yours,

                                        s/Kelly Stephens

                                        Appeal Case Manager: Angela
                                        Direct Dial No. 513-564-7079